1

2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3

**Mar 17, 2022**

4

SEAN F. McAVOY, CLERK

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

| UNITED STATES OF AMERICA, | No. 2:21-CR-00108-WFN-1 |
|---|---|
| Plaintiff, | ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF PRETRIAL RELEASE CONDITIONS HEARING |
| vs. | |
| CHARICE MARIE UNRUH, | |
| Defendant. | **ECF No. 27** |

8

9

10

11

12

On Thursday, March 17, 2022, the Court conducted a hearing on Defendant's

13

Motion for Reconsideration of Pretrial Release Conditions (ECF No. 27).  Defendant

14

was represented by retained counsel, Bevan Maxey.  Assistant United States

15

Attorney Caitlin Baunsgard represented the United States.

16

The Court has considered the additional information and has evaluated the

17

four factors outlined in 18 U.S.C. § 3142(g) to decide whether there are conditions

18

of release that would reasonably assure Defendant's appearance in court and the

19

safety of the community: (1) the nature and circumstances of the offense; (2) the

20

weight of evidence against Defendant; (3) the history and characteristics of

ORDER - 1

1  Defendant; and (4) the nature and seriousness of the danger Defendant would

2  present to the community if released.  The Court finds that these factors, as set

3  forth orally by the Court, weigh in favor of Defendant's continued detention.

4      Defendant requests release to a 30-day inpatient substance abuse treatment

5  program.  Defendant has recently entered a guilty plea to Count 1 for Unlawful

6  Use of the U.S. Mail in this matter and in the plea agreement indicates she intends

7  to admit all seven pending violations of Defendant's federal supervised release in

8  Cause No. 2:16-cr-00028-WFN,  The parties are jointly recommending a sentence

9  of 48 months incarceration and Defendant is set for sentencing on May 11, 2022.

10  As Defendant committed the instance offense while on supervision and Defendant

11  will have access to substance abuse treatment while serving out her anticipated

12  sentences, the Court concludes that release of the Defendant to inpatient treatment

13  prior to sentencing is not appropriate.  If the sentencing schedule should change,

14  the Court would be open to revisiting the issue of detention.

15      The Court finds a preponderance of the evidence remains that there are no

16  conditions or combination of conditions other than detention that will reasonably

17  assure the appearance of Defendant as required, and furthermore by clear and

18  convincing evidence there are no conditions or combination of conditions other

19  than detention that will ensure the safety of the community.

20      **IT IS ORDERED:**

ORDER - 2

1    1.    Defendant's Motion for Reconsideration of Pretrial Release

2    Conditions (**ECF No. 27**) is DENIED.  Defendant shall remain held in detention

3    pending disposition of this case or until further order of the Court.

4    2.    If a party seeks review of this Order by another court pursuant to 18

5    U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol

6    found in LCrR 46(k).

7    DATED March 18, 2022.

8    _s/James P. Hutton_
     JAMES P. HUTTON
9    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

ORDER - 3